**Order entered March 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00397-CV

## IN RE ALBERT G. HILL, III, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-04523**

## ORDER

The Court has before it the petition for writ of mandamus filed in the above cause. Upon review of the record and the briefing on file in the above captioned mandamus, Cause No. 05-14-00397-CV, and the appeal in Cause No. 05-13-00732-CV, *Albert G. Hill, III v. Albert G. Hill, Jr.*, the Court concludes that there is substantial overlap among the issues presented by the appeal, Cause No. 05-13-00732-CV, and the petition for writ of mandamus, Cause No. 05-14-00397-CV. Accordingly, on its own motion the Court **CONSOLIDATES** the petition for writ of mandamus, Cause No. 05-14-00397-CV, into the appeal, Cause No. 05-13-00732-CV. The Court **ORDERS** that all future pleadings be filed in Cause No. 05-13-00732-CV. Appellant may file additional briefing in the appeal, if desired, on the issues raised by the petition for writ of mandamus on or before April 30, 2014 or shall notify the Court by that date that it will not file additional briefing. Appellee may file a response to appellant's brief within thirty days of the

date appellant files its brief or notifies the Court that it will not file briefing in addition to its petition for writ of mandamus.

/s/    KERRY P. FITZGERALD
        JUSTICE